**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RICHARD GROSS,**

          **Plaintiff,**

**-vs-**                                **Case No. 6:07-cv-1667-Orl-31GJK**

**JACK PARKER and ARMOR**
**CORRECTIONAL HEALTH SERVICES,**
**INC.,**

          **Defendants.**
_____

## ORDER

This matter came before the Court without oral argument upon consideration of Defendant's, Sheriff Jack Parker ("Defendant"), Motion for Clarification (the "Motion") (Doc. 79). Defendant filed his Motion on May 19, 2009. Pursuant to the Case Management and Scheduling Order (Doc. 22, n. 2) and Federal Rule of Civil Procedure 6, Plaintiff's response to the Motion was due on Tuesday, June 2, 2009. As of today, however, Plaintiff had still not responded.

Accordingly, it is **ORDERED** that Defendant's Motion (Doc. 79) is **GRANTED** as unopposed. The Court's May 18, 2009 Order (Doc. 77) should not be construed as a denial of summary judgment on Counts V and XII of the Second Amended Complaint. The Court did not rule on the applicability of the doctrine of sovereign immunity with respect to these claims.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 9, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                          GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE